**Order entered January 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00894-CV

**ERIC DRAKE, Appellant**

**V.**

**SUNHEE PI, ET AL., Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-01374-E**

## ORDER

In an order dated December 17, 2013, the Court granted, in part, appellant's December 3, 2013 motion. In our order, we requested that appellees file a response by January 3, 2014 to appellant's request that we order the court reporter to produce the tape recording of the May 31, 2013 hearing. As of today's date, appellees have not filed a response.

We did, however, receive a response with documentation from Vikki Ogden, Official Court Reporter for County Court at Law No. 5 of Dallas County, Texas, on December 18, 2013. On June 13, 2013, appellant filed a complaint with the Court Reporters Certification Board alleging that Vikki Ogden would alter the reporter's record of the May 31, 2013 in favor of appellee. After reviewing appellant's complaint, the Court Reporters Certification Board

dismissed it on September 27, 2013. Accordingly, we **DENY** appellant's December 3, 2013 motion to the extent it requests that we order production of the tape recording.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to Vikki Ogden and counsel for appellees, and by first-class mail to appellant.

/s/ ADA BROWN
   JUSTICE